# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**BOARD OF TRUSTEES OF THE OHIO
LABORERS BENEFITS,**

    **Plaintiff,**

vs.                                                 **Case No.: 2:19-cv-2029
JUDGE GEORGE C. SMITH
Magistrate Judge Jolson**

**GLOBAL OUTDOOR SOLUTIONS, LLC,**

    **Defendant.**

## ORDER

On November 8, 2019, the Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's Motion for Default Judgment against Defendant be granted. (Doc. 11). The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Motion for Default Judgment is hereby **GRANTED** and judgment shall be entered in favor of Plaintiff and against Defendant as follows:

- $76,121.50 in unpaid fringe benefit contributions, liquidated damages, and interest for the period June 2018 through August 2019

- $8,175.00 in attorneys' fees plus interest from the time of judgment at the rate of 1% per month, and the court costs of this action.

The Clerk shall remove Documents 10 and 11 from the Court's pending motions list. The Clerk of this Court shall enter final judgment as set forth above and close this case.

**IT IS SO ORDERED**.

*/s/ George C. Smith*_____
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**