**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**BOARD OF TRUSTEES OF THE OHIO
LABORERS BENEFITS,**

      **Plaintiff,**

vs.                                                      Case No.: 2:19-cv-2029
                                                           JUDGE SARAH D. MORRISON
                                                           Magistrate Judge Jolson

**GLOBAL OUTDOOR SOLUTIONS, LLC,**

      **Defendant.**

## ORDER

On March 17, 2020, the Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's Motion for an Order for Defendant Global Outdoor Solutions, LLC and its member Mark Fourtounis to appear and show cause why they should not be held in contempt of this Court's February 4, 2020 Order be granted. (ECF No. 23).  The Magistrate Judge held a show cause hearing on March 17, 2020 at 11:15 a.m. and despite having adequate notice of the hearing, Defendant and Mr. Fourtounis did not appear.  Therefore, the Magistrate Judge further recommends that Defendant and Mark Fourtouis be held in contempt.  It was also recommended that Defendant be held liable for Plaintiff's expenses and attorney's fees associated with the Motion for Order to Show Cause as compensation for Defendant's noncompliance.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Motion for Order to Show Cause is hereby **GRANTED**. Further, Defendant and Mark Fourtounis have twenty-one days from the date of this Order to comply with this Court's July 10, 2019 Order (ECF No. 9). If after twenty-one days, Defendant and Mark Fourtounis have failed to comply with this Court's Order, a warrant will be issued for the arrest of Mark Fourtounis and he will be imprisoned until such time as he complies with the Court's July 10, 2019 Order. However, the sanctions are conditional and designed to ensure compliance. Defendant and Mark Fourtounis may purge themselves of their contempt, and avoid the above punishment, by working with Plaintiff and its counsel to resolve this matter. Defendant is further ordered to pay Plaintiff's expenses and attorney's fees associated with its Motion for Order to Show Cause. Plaintiff may submit its expenses and attorney's fees following the resolution of this matter.

The Clerk shall remove ECF Nos. 18 and 23 from the Court's pending motions list.

**IT IS SO ORDERED**.

*/s/ Sarah D. Morrison*  
**SARAH D. MORRISON**  
**UNITED STATES DISTRICT JUDGE**